UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DELBERT R. BARNETT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSIE GASTELO, et al.,<br><br>　　　　　Defendants. | Case No. 2:22-cv-04070-RGK-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint (Dkt. 1) filed by Delbert R. Barnett ("Plaintiff"); Plaintiff's Request to Proceed Without Prepayment of Filing Fees (Dkt. 2, "IFP Request"); the Order re Plaintiff's Complaint issued by the assigned Magistrate Judge (Dkt. 5); the First Amended Complaint filed by Plaintiff (Dkt. 6); the Report and Recommendation issued by the Magistrate Judge (Dkt. 8, "Report"); and Plaintiff's Objections to the Report (Dkt. 9). The Court has engaged in a de novo review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendation of the magistrate judge.

/ / /

1  Therefore, IT IS HEREBY ORDERED that:
2  1.  The First Amended Complaint (Dkt. 6) is DISMISSED;
3  2.  The IFP Request (Dkt. 2) is DENIED; and
4  3.  Judgment shall be entered dismissing this action with prejudice.

6  IT IS SO ORDERED.

9  Dated: September 14, 2022

*/s/ Gary Klausner*
R. GARY KLAUSNER
United States District Judge