JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DELBERT R. BARNETT,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>JOSIE GASTELO, et al.,<br><br>　　　　　Defendants. | Case No. 2:22-cv-04070-RGK-JDE<br><br>JUDGMENT |

　　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: September 14, 2022

　　　　　　　　　　　　　　　　*Gary Klausner*
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　United States District Judge